1  Daniel S. Rodman
   Nevada Bar No. 8239
2  Morgan T. Petrelli
   Nevada Bar No. 13221
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: drodman@swlaw.com
6  Email: mpetrelli@swlaw.com

7  Bard Borkon
   Nevada Bar No. 9335
8  BOWMAN AND BROOKE L.L.P
   150 South Fifth Street, Suite 3000
9  Minneapolis, MN 55402
   Telephone: (612) 672-3241
10 Facsimile: (612) 672-3200
   Email: bard.borkon@bowmanandbrooke.com
11
   Attorneys for Defendant
12 Toyota Motor Sales, U.S.A., Inc.

13               **UNITED STATES DISTRICT COURT**

14                     **DISTRICT OF NEVADA**

15 CAROL SIMON, an individual,           Case No.: 2:14-CV-00868-APG-CWH

16              Plaintiff,

17 vs.                                   **STIPULATION**

18 TOYOTA MOTOR SALES, U.S.A., INC., a
   California Corporation; TOYOTA MOTOR
19 NORTH AMERICA, INC., a California
   Corporation; TOYOTA MOTOR
20 ENGINEERING & MANUFACTURING           **ORDER**
   NORTH AMERICA, INC., a KENTUCKY
21 Corporation; DOES I through X; ROE
   CORPORATIONS I through X, inclusive,
22
               Defendants.
23

24       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CAROL

25 SIMON and Defendant TOYOTA MOTOR SALES, U.S.A. through their respective counsel of

26 ///

27 ///

28 ///

record, that Plaintiff is not seeking to recover property damages for the subject 2005 Lexus ES330 involved in the accident that is the subject of this litigation.

DATED this __16th__ day of July, 2015.             DATED this __16th__ day of July, 2015.

SNELL & WILMER L.L.P.                              MAIER GUTIERREZ AYON

By: /s/ Morgan T. Petrelli                         By: /s/ Darren Rodriguez
    Daniel S. Rodman                                   Joseph A. Gutierrez
    Nevada Bar No. 8239                                Nevada Bar No. 9046
    Morgan T. Petrelli                                 Luis A. Ayon
    Nevada Bar No. 13221                               Nevada Bar No. 9752
    3883 Howard Hughes Pkwy., Ste. 1100                Darren Rodriguez
    Las Vegas, NV 89169                                Nevada Bar No. 12857
                                                       400 South Seventh Street, Suite 400
    Bard Borkon                                        Las Vegas, NV 89101
    Nevada Bar No. 9335
    BOWMAN AND BROOKE L.L.P                        Attorneys for Plaintiff
    150 South Fifth Street, Suite 3000
    Minneapolis, MN 55402

    Attorneys for Defendant
    Toyota Motor Sales, U.S.A., Inc.


Prepared and Submitted by:                         **IT IS SO ORDERED.**
SNELL & WILMER L.L.P.
                                                   Dated: July 20, 2015

/s/ Morgan T. Petrelli
Daniel S. Rodman
Nevada Bar No. 8239
Morgan T. Petrelli                                 _____
Nevada Bar No. 13221                               United States District Judge
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Bard Borkon
Nevada Bar No. 9335
BOWMAN AND BROOKE L.L.P
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402

Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.

- 2 -