1  Daniel S. Rodman
   Nevada Bar No. 8239
2  Morgan T. Petrelli
   Nevada Bar No. 13221
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: drodman@swlaw.com
6  Email: mpetrelli@swlaw.com

7  Bard Borkon
   Nevada Bar No. 9335
8  BOWMAN AND BROOKE L.L.P
   150 South Fifth Street, Suite 3000
9  Minneapolis, MN 55402
   Telephone: (612) 672-3241
10 Facsimile:  (612) 672-3200
   Email: bard.borkon@bowmanandbrooke.com

11
   Attorneys for Defendants
12 Toyota Motor Sales, U.S.A., Inc., Toyota Motor North
   America, Inc., and Toyota Motor Engineering &
13 Manufacturing North America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SIMON, an individual, | Case No.: 2:14-CV-00868-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a KENTUCKY Corporation; DOES I through X; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Carol Simon and Defendants Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., by and through their respective counsel of record, that the above matter be dismissed in its entirety, with prejudice, with each

party to bear its own costs and attorneys' fees.

DATED this  23rd  day of February, 2016.          DATED this  23rd  day of February, 2016.

SNELL & WILMER L.L.P.                             MAIER GUTIERREZ AYON

By: /s/ Morgan T. Petrelli                        By: /s/ Darren T. Rodriguez
Daniel S. Rodman                                  Joseph A. Gutierrez
Nevada Bar No. 8239                               Nevada Bar No. 9046
Morgan T. Petrelli                                Luis A. Ayon
Nevada Bar No. 13221                              Nevada Bar No. 9752
3883 Howard Hughes Pkwy., Ste. 1100               Darren T. Rodriguez
Las Vegas, NV 89169                               Nevada Bar No. 12857

Bard Borkon                                       400 South Seventh Street, Suite 400
Nevada Bar No. 9335                               Las Vegas, NV 89101
BOWMAN AND BROOKE L.L.P
150 South Fifth Street, Suite 3000                Attorneys for Plaintiff
Minneapolis, MN 55402                             Carol Simon

Attorneys for Defendants
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor North America, Inc., and
Toyota Motor Engineering &
Manufacturing North America, Inc.

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of February, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.


/s/ Morgan T. Petrelli
Daniel S. Rodman, Nevada Bar No. 8239
Morgan T. Petrelli, Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Bard Borkon, Nevada Bar No. 9335
BOWMAN AND BROOKE L.L.P
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402

Attorneys for Defendants
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor North America, Inc., and
Toyota Motor Engineering & Manufacturing North America, Inc.